JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANT DARAKJIAN, an individual,<br><br>            Plaintiff,<br>   vs.<br><br>GLOBAL EXCHANGE DEVELOPMENT CORP., a Nevada corporation; and DOES 1-10,<br><br>            Defendants. | Case No.: CV 15-8082-DMG (AJWx)<br><br>**ORDER ON STIPULATION TO DISMISS WITH PREJUDICE [21]** |

IT IS HEREBY ORDERED that, by virtue of the parties' stipulation [Doc. # 21], the above-captioned action is dismissed with prejudice. It is further ordered that the parties are to bear their own costs. All scheduled deadlines and hearing dates are VACATED.

DATED: February 23, 2016

                                                          _____
                                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE